UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CRIMINAL ACTION NO. 14-6-DLB-EBA-1

UNITED STATES OF AMERICA                                                            PLAINTIFF

vs.            ORDER ADOPTING REPORT AND RECOMMENDATION

PAUL DAVID DAMRON                                                                   DEFENDANT

************

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins, wherein he recommends that the Court revoke Defendant Paul David Damron's supervised release and impose a sentence of six (6) months incarceration, with fifteen (15) months of supervised release to follow. (Doc. # 14). At the final revocation hearing conducted on November 30, 2015, Defendant stipulated to violating the terms of his supervised release, as set forth in the January 22, 2015 Violation Report of U.S. Probation Officer Allison W. Biggs. (Doc. # 4).

Defendant having executed a waiver of his right to allocution (Doc. # 12), and both parties having failed to file Objections to the R&R within the time period provided by Local Rule, the R&R is now ripe for the Court's review. The R&R being sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)     The Magistrate Judge's Report and Recommendation (Doc. # 14) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

1

(2) Defendant is found to have **VIOLATED** the terms of his supervised release;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is hereby **SENTENCED** to the custody of the Attorney General for a term of **six (6) months, with fifteen (15) months of supervised release to follow**;

(5) A separate Judgment shall be entered contemporaneously forthwith; and

(6) This matter shall come before Judge Atkins for a **Status Conference on Thursday, June 16, 2016 at 11:00 a.m. at the Federal Courthouse in Ashland, Kentucky** to monitor Defendant's compliance with the conditions of supervised release.

This 5th day of January, 2016.



Signed By:
*David L. Bunning*   DB
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2014\14-6 Order Adopting R&R re SRV.wpd

2